# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
HANNAH POWELL,                        *
                                      *
            Plaintiff,                *
                                      *    No. 17-1347C
      v.                              *    Filed: May 23, 2018
                                      *
UNITED STATES,                        *
                                      *
            Defendant.                *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' May 22, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
        **Judge**